IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**DANIEL DAVID FLETCHER**                                                                                     **PLAINTIFF**

V.                              **CASE NO. 5:24-CV-5088**

**KARAS CORRECTIONAL HEALTH SERVICES (KCH),**
**Medical Care Provider, Washington County**
**Detention Center (WCDC); SHERIFF JAY CANTRELL,**
**Washington County, Arkansas; DUSTIN SANDERS,**
**KCH Paramedic; JOHN KARAS, KCH;**
**KELLEY HINLEY, KCH; JORDAN PREVENAS,**
**KCH Paramedic; STEPHANIE LEWIE, KCH; and**
**JAKE SMOTHER, KCH Paramedic**                                                                         **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 57) filed in this case on October 20, 2025, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and the case is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas.

**IT IS SO ORDERED** on this 10th day of November, 2025.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE